UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BELLE, LISA BIGGS, BARBARA BISHOP, SHARI CALVIN, JANET FLAHERTY, MARILYN KLEIN, ELAINE REID, and ANNA RHOADES, *on behalf of themselves and all other employees similarly situated,*<br><br>*Plaintiffs,*<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER, UPMC, UPMC HEALTH SYSTEM, UPMC BEDFORD MEMORIAL, UPMC BRADDOCK, UPMC MCKEESPORT, UPMC NORTHWEST, UPMC PASSAVANT, UPMC PRESBYTERIAN, UPMC PRESBYTERIAN SHADYSIDE, UPMC SHADYSIDE, UPMC SOUTHSIDE, UPMC ST. MARGARET, MAGEE WOMENS HOSPITAL OF UPMC, THE MERCY HOSPITAL OF PITTSBURGH, MONTEFIORE HOSPITAL, MONTEFIORE UNIVERSITY HOSPITAL, WESTERN PSYCHIATRIC INSTITUTE AND CLINIC, CHILDREN'S HOSPITAL OF PITTSBURGH OF THE UPMC HEALTH SYSTEM, UPMC LEE, UPMC HORIZON, UPMC HOLDING COMPANY, INC., UPMC HEALTH NETWORK, INC., JEFFREY A. ROMOFF, and GREGORY PEASLEE,<br><br>*Defendants.* | CONSENT TO BECOME A PARTY PLAINTIFF<br><br>Civil Action<br><br>No. 2:13-cv-01448-CB |

Plaintiffs hereby file consent to become a party plaintiff signed by: MATTHEW JOHNSON, and KAREN STEINER

**THOMAS & SOLOMON LLP**

By: s/ J. Nelson Thomas
J. Nelson Thomas, Esq. (PA#209852)
Justin M. Cordello, Esq. (PA#209838)
*Attorneys for Plaintiffs and Collective Action Members*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jcordello@theemploymentattorneys.com

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action for unpaid wages, including overtime wages and related relief against my employer(s), including the University of Pittsburgh Medical Center and any related entity or person, on behalf of myself and other former and current employees of the employer(s).

I wish to preserve and pursue any claim that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in any lawsuit and/or lawsuits that plaintiffs' attorneys have brought and/or may bring on behalf of myself and other employees alleged to be similarly situated.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Matthew Johnson_     10-25-13
Signature                    Date

_Matthew Wade Johnson_
Print Full Legal Name

Consent Form 50001

# CONSENT TO BECOME A PARTY PLAINTIFF

I consent to become a "party plaintiff," named, or a representative plaintiff in any Fair Labor Standards Act action for unpaid wages, including overtime wages and related relief against my employer(s), including the University of Pittsburgh Medical Center and any related entity or person, on behalf of myself and other former and current employees of the employer(s).

I wish to preserve and pursue any claim that I may have to the greatest extent possible. Therefore, I expressly consent to the use of this consent form for purposes of making me a party plaintiff in any lawsuit and/or lawsuits that plaintiffs' attorneys have brought and/or may bring on behalf of myself and other employees alleged to be similarly situated.

I authorize the representative plaintiffs or plaintiffs' attorneys to file this consent with the Clerk of the Court. I hereby further authorize and designate the named plaintiffs to act on my behalf concerning the litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit.

_Karen R. Steiner_    10-12-13
Signature                Date

_Karen R. Steiner_
Print Full Legal Name

Consent Form 50001